UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DENNIS FEITOSA.

Plaintiff,

v.                                                           Civil Case No. 1:22-cv-00377

DANIEL M. KEEM,

Defendant.

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Daniel M. Keem ("Keem"), by counsel and pursuant to Rules 12(b)(6) and

12(b)(1), moves to dismiss, in its entirety, the claim brought by Dennis Feitosa ("Feitosa"). The

reasons supporting Defendant's motion are set forth in the accompanying Memorandum of Law

and Declaration of Sheldon K. Smith.

Dated: August 5, 2022                    **HARTER SECREST & EMERY LLP**

                                         By: s/ Sheldon K. Smith
                                             Michael Damia, Esq.
                                             Sheldon K. Smith, Esq.
                                             Jeffrey A. Wadsworth, Esq.
                                             *Attorneys for Defendant Daniel M. Keem*
                                             50 Fountain Plaza, Suite 1000
                                             Buffalo, New York 14202
                                             Telephone: (716) 853-1616
                                             Fax: (716) 853-1617
                                             ssmith@hselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

s/ Sheldon K. Smith