UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

—————————————————————

DENNIS FEITOSA,

                        Plaintiff,

v.                                                Civil Case No. 1:22-cv-00377

DANIEL M. KEEM,

                        Defendant.

—————————————————————

## DECLARATION OF SHELDON K. SMITH IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Pursuant to 28 U.S.C. § 1746, SHELDON K. SMITH declares as follows:

1.      I am a partner in the law firm of Harter Secrest & Emery LLP, attorneys for Defendant Daniel M. Keem in this matter.  This declaration is based on my review of relevant documents that are publicly available.

2.      I submit this declaration in support of Defendant's motion to dismiss the complaint.

3.      Defendant respectfully requests the Court to take judicial notice of the attached exhibits because they are known and/or available publicly and not open to reasonable dispute.

4.      Attached as **Exhibit 1** is a screen shot of Plaintiff's former "Def Noodles" YouTube channel description with disclaimer.

5.      **Exhibit 2** is the following link to a Dennis Feitosa interview given on the Jesse David Fox "Good One: A Podcast About Jokes" on March 4, 2021. https://www.audacy.com/podcasts/good-one-a-podcast-about-jokes-21831/dennis-feitosas-def-

noodles-358428791

Statements made by Feitosa are relevant in order for the Court to understand the context surrounding this case and the subject tweet.  During the interview, Feitosa discussed the fictional character Def Noodles:

- 13:22 -13:34  "Currently, I do this like satirical, like uh, commentary on internet news and things that are happening on social media."

- 23:34 - 23:57  "The whole cat-like persona, I mean, like I said it was an accident, but people started saying, like, because of the sarcasm, that I was sounding like a cat, like a moody cat, you know. I started going into that more and more, uh, and that's uh, that's how like the whole like cat-boy, cat-guy, whatever persona like came."

- 44:00 -- 44.13  "I give them some type of entertainment value which at the end of the day that's what I am there for. At the end of the day, if it entertains, that's what really counts."

- 45:29 - 46:22  Regarding the incident where he falsely claimed to have reached out to Charli D'Amelio for comment on a vaping story: "It was a joke.  It's so funny because, like I said, the context is lost, right.  I've written -- I had it on the header of my account that's its satirical…The whole joke is I'm not a journalist -- I'm presenting all these like stories as though I'm a journalist --I'm not, like….The whole thing with like the Charli D'Amelio like vaping thing, uh, it was pretty insane because, I mean, those DMs, they're not real, you know, like.  And I've made so many other DMs that weren't real…"

- 56:27 - 56:53 "They're attacking this character, who's a fictional cat in a Minecraft house, who just doesn't exist, right, outside of my videos."

6.      Attached as **Exhibit 3** is a true and correct screen shot copy from the Twitter website of a tweet posted by Def Noodles about Keem on May 18, 2021. https://twitter.com/defnoodles/status/1394822823244275717

7.      Attached as **Exhibit 4** is a true and correct screen shot copy from the Twitter website of a tweet posted by Def Noodles about Keem on May 18, 2021. https://twitter.com/defnoodles/status/1394795112056508416

8.      Attached as **Exhibit 5** is a true and correct screen shot copy from the Twitter website of a tweet posted by Def Noodles about Keem on May 20, 2021.

https://twitter.com/defnoodles/status/1399456805047001089

9.      Attached as **Exhibit 6** is a true and correct screen shot copy from the Twitter website of a tweet posted by Def Noodles about Keem on May 31, 2021.

https://twitter.com/defnoodles/status/1399456805047001089

10.      Attached as **Exhibit 7** is a true and correct screen shot copy from the Twitter website of a tweet posted by Def Noodles about Keem on June 1, 2021.

https://twitter.com/defnoodles/status/1399712334709346305

11.      Attached as **Exhibit 8** is a true and correct screen shot copy from the Twitter website of a tweet posted by Def Noodles about Keem on June 27, 2021.

https://twitter.com/defnoodles/status/1409108331600379905

12.      Attached as **Exhibit 9** is a true and correct screen shot copy from the Twitter website of a tweet posted by Def Noodles about Keem on June 30, 2021.

https://twitter.com/defnoodles/status/1410308096111509504

13.      Attached as **Exhibit 10** is a true and correct screen shot copy from the Twitter website of a tweet posted by Def Noodles about Keem on July 1, 2021.

https://twitter.com/defnoodles/status/1410718597253451777

14.      Attached as **Exhibit 11** is a true and correct screen shot copy from the Twitter website of a comment on the subject tweet posted by a user with the Twitter handle "dude_in_a_room" on May 21, 2021.

https://twitter.com/retro_dystopian/status/1395927810003374082

3

15. Attached as **Exhibit 12** is a true and correct screen shot copy from the Twitter website of a tweet posted by Def Noodles on July 6, 2020. https://twitter.com/defnoodles/status/1280157158810648577

16. Attached as **Exhibit 13** is a true and correct screen shot copy from the Twitter website of a tweet posted by Def Noodles on August 28, 2020. https://twitter.com/defnoodles/status/1299488931919011840

17. Attached as **Exhibit 14** is a true and correct screen shot copy from the Twitter website of a tweet posted by Def Noodles on August 29, 2020. https://twitter.com/defnoodles/status/1299890489164926976

18. Attached as **Exhibit 15** is a true and correct screen shot copy from the Twitter website of a tweet posted by Def Noodles on February 18, 2021. https://twitter.com/defnoodles/status/1362359369351000064

19. I declare under penalties of perjury that the foregoing is true and correct.

Dated: August 5, 2022

s/ Sheldon K. Smith
Sheldon K. Smith, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

s/ Sheldon K. Smith