# EXHIBIT 2



https://www.audacy.com/podcasts/good-one-a-podcast-about-jokes-21831/dennis-feitosas-def-noodles-358428791