# EXHIBIT 4



**Def Noodles** @defnoodles · May 18, 2021 ···
*SERIOUS* CW: Domestic Abuse

**Keemstar** allegedly abusing his girlfriend in resurfaced video. **Keemstar** allegedly yells at his girlfriend, we hear screams and shouts, and the mic cuts out at one point. She later pleads with **Keemstar**, "Stop it, you psycho."

Community   01:02
Xbox LIVE Party (3)   2   0
Invite Players to Party
Invite Party to Game
Party Options: Party Chat
DJ KEEMSTAR          Halo 3
VipeR is iLLy        Xbox 360 Dashboard
Oo Mr STAB oO        Xbox 360 Dashboard

Select   Back   Leave Party
▶ 75.5K views                     0:00 / 0:36

96          149          2,292

Show this thread