# EXHIBIT 8

**Def Noodles**
@defnoodles

...

"He will never have any credibility in this space."

Meanwhile Def Noodles: Broke stories about influencers scamming fans with cryto currencies

Meanwhile Keemstar: Scammed fans with crypto currencies (allegedly)

You're a clown and not objective if it affects relationships and $

## promoting cryptocurrency

From FaZe Clan to Tana Mongeau, why are so many influencers shilling altcoins?

eero
an amazon company
Award-winning mesh wifi systems.

SHOP NOW

TECH BY VICE

## WTF Is SafeMoon, the Cryptocurrency Pushed by Jake Paul and KEEMSTAR?

SafeMoon is megaviral, has famous fans, and

SafeMoon relentlessly on social media and appeared jubilant last week when it surged, telling his followers they would soon all be very wealthy indeed: "CHECK YOUR #SAFEMOON RIGHT NOW! The price is going through the damn roof! bro we're rich!" Keem tweeted. That tweet generated five thousand likes, with hundreds of people

**KEEM** 🍿 ✔ @KEEMSTAR · Jun 27, 2021
Def Noodles is a flat out liar. I have never used him for a source. When he 1st started we were cool then he started getting stories wrong. And now he flat out LIES about other YouTubers. He's trash & will never have any credibility in this space. twitter.com/defnoodles/sta...

7:16 AM · Jun 27, 2021 · Twitter for iPhone

**49** Retweets   **2** Quote Tweets   **2,241** Likes

