# EXHIBIT 9



**Def Noodles**
@defnoodles
···

Keemstar is a known liar. He's a r*pe apologist. He's an infamous racist and anti-semite. As KSI said it himself, not many people like him. This is yet another lie he's trying to propagate to distract from fact he admitted to scamming his fans. I have never invested in SafeMoon.

🔥 **SafeMoon Warrior** @S... · 5/5/21
#SAFEMOON TOP INFLUENCERS
(Lunarcrush🚀)
1. @Safemoon
2. @IamJoelBrown
3. @CptHunchies
4. @CptHodl
5. @therealmrcrypto
6. @ShaunWitriol
7. @defnoodles
8. @SAFEMOONSQUAD
9. @SafemoonSamurai
10. @SafemoonWarrior

Top Influencers

**KEEM** 🍿 ✔ @KEEMSTAR · 46m
Yes,

I publicly tweeted what I was into and I sold so if you didn't do exactly what doing you got scammed. Cus I did ve very very well.

I am not a financial advisor I am a YouTuber.

🕸 **emma** @emma_lansing · 1h
Weren't you scamming people with crypto coin?

2:43 PM · Jun 30, 2021 · Twitter for iPhone

**93** Retweets   **2** Quote Tweets   **1,932** Likes