# EXHIBIT 13

 **Def Noodles** @defnoodles · Aug 28, 2020   ...
6. This page is satirical, meaning it's not meant to be taken seriously. Tone is overly serious because it's meant to be satirical. I have a segment on my YT that accompanies the Twitter coverage titled "Irrelevant News" because none of this is meant to be important.

💬 7          ↻ 10                  ♡ 134                  ⤴