UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DENNIS FEITOSA.

           Plaintiff,

v.                                        Civil Case No. 1:22-cv-00377

DANIEL M. KEEM,

           Defendant.

---

**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant Daniel M. Keem ("Keem"), by counsel and pursuant to Rules 12(b)(6) and 12(b)(1), moves to dismiss, in its entirety, the amended claim brought by Dennis Feitosa ("Feitosa"). The reasons supporting Defendant's motion are set forth in the accompanying Memorandum of Law and Declaration of Sheldon K. Smith.

Dated: September 26, 2022        **HARTER SECREST & EMERY LLP**

                                    By:    s/ Sheldon K. Smith
                                            Michael Damia, Esq.
                                            Sheldon K. Smith, Esq.
                                            Jeffrey A. Wadsworth, Esq.
                                          *Attorneys for Defendant Daniel M. Keem*
                                            50 Fountain Plaza, Suite 1000
                                            Buffalo, New York 14202
                                            Telephone: (716) 853-1616
                                            Fax: (716) 853-1617
                                            ssmith@hselaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

s/ Sheldon K. Smith