# EXHIBIT 1

 About Dennis Feitosa:
What's up? My name is Dennis Feitosa and Def Noodles is a show I created. It's a mix between "The Soup" and "The Colbert Report", a satirical take on Internet news commentary hosted by a cat in Minecraft house. Thank you so much for subbing. For business inquiries defnoodles@doubleplayprojects.com

DISCLAIMER: Def Noodles is a character created by Dennis Feitosa meant to satirize some of the most deranged, toxic and destructive aspects of Internet Culture. Def Noodles borrows from Twitter outrage, modern-day commentary cynicism, excessive clickbait, trolling, buzzword hacking, cancel culture and outright pandering to righteous indignation to reflect on the realities of contemporary social media interactions and media coverage. The opinions and thoughts expressed by Def Noodles are not a reflection of Dennis Feitosa's beliefs. This disclaimer applies to all Def Noodles social media platforms.
Show less

