# EXHIBIT 13

 **Def Noodles** @defnoodles · Aug 28, 2020  · · ·
6. This page is satirical, meaning it's not meant to be taken seriously. Tone is overly serious because it's meant to be satirical. I have a segment on my YT that accompanies the Twitter coverage titled "Irrelevant News" because none of this is meant to be important.

💬 7          🔁 10               ♡ 134               ⬆