# EXHIBIT 16

A

a. https://twitter.com/defnoodles/status/1314324613946437633



9 Likes

A

b. https://twitter.com/defnoodles/status/1321163608827465729



**Def Noodles**
@defnoodles

Reached out to Nikocado Avocado for comment.

**Nikocado Avocado** ✔
nikocadoavocado

Hi Nikocado! Hope you're well! Reaching out because I've been told you allegedly gave the compilation channel "PettyBang" 3 copyright strikes all at once, which means the channel is going to deletion. The creator apparently reached out to you offering to take down any content you don't like, but hasn't heard back. Since this is the 3rd time you've allegedly done this to a channel this year, and considering how critical you were of Veronica Wang when she did the same thing to Shookbang, can you comment?

2:55 PM · Oct 27, 2020 · Twitter for iPhone

1 Retweet    1 Quote Tweet    84 Likes

B

c. https://twitter.com/defnoodles/status/1322311497368838144





C

d. https://twitter.com/defnoodles/status/1321239354912636929





D

e. https://twitter.com/defnoodles/status/1317299075490873344



E

f. https://twitter.com/defnoodles/status/1315825799405080576



F

g. https://twitter.com/defnoodles/status/1314686333911068672



G

h. https://twitter.com/defnoodles/status/1313247993194192896





H

i. https://twitter.com/defnoodles/status/1311114279119060992



**Def Noodles**
@defnoodles

Reached out for comment.

> clowns ✓
>
> Hi! Hope you're well! So Joe Biden just called Donald Trump a clown. Can you comment?

9:22 PM · Sep 29, 2020 · Twitter for iPhone

**1** Retweet   **51** Likes

I

j. https://twitter.com/defnoodles/status/1311124394479988737



J

k. https://twitter.com/defnoodles/status/1309294761304444928



K

l. https://twitter.com/defnoodles/status/1304464131211161600



L

m. https://twitter.com/defnoodles/status/1300092258566377472



M

n. https://twitter.com/defnoodles/status/1301764307827396609



o. https://twitter.com/defnoodles/status/1302652081065533441



**Def Noodles**
@defnoodles

Reached out to COVID for comment.

**COVID** ✓

Hi COVID! Hope you're well! Are you making a comeback? Can you comment?

12:57 PM · Sep 6, 2020 · Twitter for iPhone

**1** Retweet  **39** Likes

O

p. https://twitter.com/defnoodles/status/1304160350036619264





P

q. https://twitter.com/defnoodles/status/1304510313228886020





Q

r. https://twitter.com/defnoodles/status/1309586224735109120





R

s. https://twitter.com/defnoodles/status/1311094511439720454





t. https://twitter.com/defnoodles/status/1311124394479988737



T

u. https://twitter.com/defnoodles/status/1311433006922432512





U