UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DENNIS FEITOSA                    ,

               Plaintiff,

      v.

DANIEL KEEM                       ,

              Defendant.

**STIPULATION
SELECTION OF MEDIATOR**

22-cv-00377(WMS)(JJM)

        IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that  Kenneth A. Manning    , Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

        IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on 5/30/23  at  10:30 am via Zoom        .

        IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated: 5/25/23

s/ Heath J. Szymczak
_____
    Counsel for Plaintiff(s)

s/ Sheldon K. Smith
_____
    Counsel for Defendant(s)

1