UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Dennis Feitosa

Plaintiff(s),

***MEDIATION
CERTIFICATION***

_22_ - cv - _00377_(WMS) (JJM)

v.

Daniel Keem

Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on **5/30/23** .

   ☑ *Case has settled.* (Comment if necessary).

   ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

   ☐ *Case has settled in part.* (Comment below). Mediation is complete.

   ☐ *Case has not settled.* Mediation will continue on _____.

   ☐ *Case has not settled.*

*Date:* 05/30/2023 _____          *Mediator: /S/* Kenneth A. Manning _____

*Additional Comments:*

_____

_____

_____