UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DENNIS FEITOSA,

                              Plaintiff,

            v.

DANIEL M. KEEM,

                              Defendant.

**STIPULATION AND
ORDER OF DISMISSAL**

Civil Case No.
1:22-cv-00377 WMS-JJM

Plaintiff Dennis Feitosa and Defendant Daniel M. Keem, through their undersigned counsel of record, hereby stipulate and agree: to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); that each party has and shall continue to bear his own costs and attorneys' fees; and that the Court "so order" this Stipulation and close the file on this case.

*Attorneys for Plaintiff*

Dated: June 15, 2023

s/ Heath J. Szymczak

Heath J. Szymczak, Esq.
BOND, SCHOENECK & KING, PLLC
Avant Building, Suite 900
200 Delaware Avenue
Buffalo, New York 14202
Phone: (716) 416-7000
Email: hszymczak@bsk.com

*Attorneys for Defendant*

Dated: June 15, 2023

s/ Sheldon K. Smith

Sheldon K. Smith, Esq.
HARTER SECREST & EMERY LLP
50 Fountain Plaza, Suite 1000
Buffalo, NY 14202-2293
Phone: (716) 844-3741
Email: ssmith@hselaw.com

**IT IS SO ORDERED:**

Date: June __, 2023

_____
William M. Skretny, United States District Judge